IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD M. KASER,<br><br>Plaintiff<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, *et al.*<br><br>Defendants | Civil Action No.<br><br>01CV2601 WDQ |

## MOTION TO LIFT STAY AND FOR RULING ON MOTION TO DISMISS

Financial Protection Marketing, Inc. ("FPM") and Protective Life Insurance Company ("PLIC") move to lift the stay of the breach of contract counts against them (Counts XXIII and XXIV) issued by the Court on Marcy 19, 2002 pending resolution of the certification proceedings which occurred on August 28, 2003. FPM and PLIC also respectfully request a ruling on their Motion to Dismiss the breach of contract counts. The Motion to Dismiss was filed on February 19, 2002 but was not ruled on by the Court prior to issuing the stay of such counts.

The reasons and authorities supporting this Motion are set forth in the accompanying Memorandum.

Respectfully submitted,

_____/s/_____
Robert J. Mathias (Bar No. 00253)
Marta D. Harting (Bar No. 10126)

PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2003, a copy of the foregoing Motion and supporting Memorandum was sent by electronic filing to:

> Roderick R. Barnes, Esquire
> Ferguson, Schetelich & Heffernan
> 100 South Charles Street
> Suite 1401
> Baltimore, Maryland  21201-2703
>
> Attorney for Richard M. Kaser

/s/
Marta D. Harting

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD M. KASER,<br><br>　　　　　Plaintiff<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE<br>　COMPANY, *et al.*<br><br>　　　　　Defendants | Civil Action No.<br><br>01CV2601 WDQ |

## ORDER

Upon consideration of the Motion to Lift Stay of Counts XXIII and XXIV of the Amended Complaint, it is this \_\_\_\_\_ day of _____, ORDERED:

(1)　That the motion to lift the stay of Counts XXIII and XXIV of the Amended Complaint issued Marcy 19, 2002 is GRANTED; and

(2)　That the Clerk shall mail a copy of this Order to all counsel of record.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　for the District of Maryland