```
         IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                             *
RICHARD M. KASER,            *

    Plaintiff,               *

v.                           *   CIVIL ACTION NO: WDQ-01-2601

PROTECTIVE LIFE INSURANCE    *
CO., et al.,
                             *
    Defendants.
*   *   *   *   *   *   *   *   *   *   *   *   *   *
```

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 17th day of September, 2003, ORDERED:

1. That Defendants' Motion to Lift the Stay BE, and hereby is, GRANTED;

2. That Defendants' Motion to Dismiss BE, and hereby, is, GRANTED;

3. That the Clerk of the Court shall MAIL copies of this Order and the Memorandum Opinion to counsel.

```
September 17, 2003              _____/s/_____
Date                            William D. Quarles, Jr.
                                United States District Judge
```