IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD M. KASER | * |
|     Plaintiff | * |
|     v. | *    Civil Action No.  WDQ 01CV2601 |
| PROTECTIVE LIFE INSURANCE COMPANY, *et al.* | * |
| | * |
|     Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO RECONSIDER

Richard M. Kaser, Plaintiff, by FERGUSON, SCHETELICH & BALLEW, P.A. and Roderick R. Barnes, his attorneys, submits this Motion to Reconsider, pursuant to FED. R. CIV. P. 60 and Local Rule 105.10, and for reasons, states:

1.    On September 17, 2003, this Court issued an Order granting Defendants' Motion to Dismiss Amended Complaint.

2.    The Order is based upon a mistake of fact in that the policy of insurance at issue was not issued through FPM by Protective Life Insurance Company ("Protective").  Protective did not issue the applicable insurance policy and therefore was not a party to the economic relationship to which it allegedly interfered.

3.    Defendant Financial Protection Marketing ("FPM") is not an insurer within the meaning of MD. INS. CODE ANN. § 27-503(d).  Accordingly, the issue of FPM's breach of Kaser's Guaranteed Residual Investment Protection General Agent Agreement is not subject to administrative review by the Maryland

Insurance Administration. Since PLIC was never the insurer, and Kaser never an agent for PLIC, the breach of contract claims against PLIC are likewise not subject to administrative review by the Maryland Insurance Administration.

4.   Plaintiff incorporates by reference his Memorandum in Support of Motion to Reconsider as if fully set forth herein.

WHEREFORE, Plaintiff Richard M. Kaser respectfully requests that this Court reconsider its Memorandum Opinion dismissing the Amended Complaint against PLIC for tortious interference with economic relations, and against both FPM and PLIC for breach of contract, and for such other and further relief as the nature of this case requires.

FERGUSON, SCHETELICH & BALLEW, P.A.

By:   /s/ Roderick R. Barnes
Roderick R. Barnes
Federal Bar No. 24795
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725
(410) 837-2200
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September 2003, a copy of the foregoing Motion to Reconsider was electronically mailed to:

Robert J. Mathias, Esquire
Marta D. Harting, Esquire
Piper Marbury Rudnick & Wolfe, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
*Attorneys for Defendants*

   /s/ Roderick R. Barnes
Roderick R. Barnes