IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICHARD M. KASER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.  WDQ 01CV2601 |
| PROTECTIVE LIFE INSURANCE COMPANY, *et al.* | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Plaintiff's Motion to Reconsider and any opposition thereto, it is, this _____ day of _____, 2003 by the United States District Court for the District of Maryland,

**ORDERED** that Plaintiff's Motion be and the same is hereby **GRANTED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Counts XIX, XXIII and XXIV of the Amended Complaint is **DENIED**.

_____
Judge

cc:   Roderick R. Barnes, Esquire
      Robert J. Mathias, Esquire