**Protective**

Banks Wood
Vice President Sales & Marketing
Voice Mail 1/800-866-3050, Ext. 6996
e-mail bwood@protective.com

3580519 401

DOUGHTON NEIGHBORS

December 7, 2000

To:   Financial Protection Marketing Clients

Re:   Relocation

Protective Life Insurance Company, Birmingham, Alabama is pleased to announce the consolidation of Protective Life Insurance and its wholly owned subsidiary of sixteen years Financial Protection Marketing, Inc., Indianapolis, Indiana.

Because of our valued marketing partnership, as well as our on going desires to provide you better products and services we have taken another proactive step in consolidating several of our subsidiaries.

Effective January 2, 2001 all administrative matters (i.e., underwriting, claims, accounting, etc.) will be administered by:

   Protective Life Insurance Company
   Raleigh Business Unit/Administrative Office, Raleigh, North Carolina

       <u>Mailing Address:</u>
       Protective Life Insurance Company
       Post Office Box 30900
       Raleigh, North Carolina 27622-0900

Questions pertaining to sales and marketing should be addressed to Jim Call at 1-800-356-5440, Ext. 240. Questions pertaining to licensing and administration should be addressed to Lisa Hastings at 1-800-356-5440, Ext. 219.

We believe you now have a more valuable partner to help you grow your business.

Yours truly,

Banks Wood

Banks Wood

BW12700

Protective Life Insurance Company
Financial Institutions Insurance Division / Post Office Box 30900 / Raleigh, North Carolina 27622-0900
919-781-8663 / 800-358-0519 / FAX: 919-781-7301