IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD M. KASER,<br><br>　　　　　Plaintiff<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, *et al.*<br><br>　　　　　Defendants | Civil Action No.<br><br>S01CV2601 |

## SECOND AFFIDAVIT OF T. MICHAEL PRESLEY

I, T. Michael Presley, hereby affirm under the penalties of perjury and on personal knowledge that the following facts are true and correct:

1.　I am over the age of 21 and am competent to testify to the matters set forth in this Affidavit.

2.　All of the facts stated in my Affidavit filed in this case on October 26, 2001 remain true and correct as of the date hereof.

3.　I have reviewed the memorandum from Banks Wood to FPM clients dated December 7, 2000 attached as Exhibit B to the Affidavit of Richard M. Kaser filed in this case. The statement in that memorandum that FPM was a wholly owned subsidiary of Protective Live Insurance Company ("PLIC") was incorrect. As set forth in my first affidavit in this case, at that time (and today) FPM and PLIC are each wholly owned subsidiaries of Protective Life Corporation.

4.　Additionally, the consolidation of PLIC and FPM referenced in that memorandum was only the consolidation of FPM's administrative functions into PLIC's

{00752276.1} 717998

Raleigh business unit, which I described in my first Affidavit. FPM and PLIC have always been separate corporations, and remain so today. Attached as Exhibit 1 is a certificate of good standing of FPM recently issued by the Indiana Secretary of State's office.

FURTHER AFFIANT SAYETH NOT.

_____
T. Michael Presley

Sworn to and subscribed before me this
_15_ day of February, 2002.

_____
Notary Public

AFFIX SEAL
My Commission Expires: _8-4-05_

{00752276.1}717998

STATE OF INDIANA
OFFICE OF THE SECRETARY OF STATE
CERTIFICATE OF EXISTENCE

To Whom These Presents Come, Greeting:

I, SUE ANNE GILROY, Secretary of State of Indiana, do hereby certify that I am, by virtue of the laws of the State of Indiana, the custodian of the corporate records and the proper official to execute this certificate.

I further certify that records of this office disclose that

**FINANCIAL PROTECTION MARKETING, INC.**

duly filed the requisite documents to commence business activities under the laws of the State of Indiana on August 28, 1975, and was in existence or authorized to transact business in the State of Indiana on February 15, 2002.

I further certify this For-Profit Domestic Corporation has filed its most recent report required by Indiana law with the Secretary of State, or is not yet required to file such report, and that no notice of withdrawal, dissolution or expiration has been filed or taken place.



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the City of Indianapolis, this Fifteenth Day of February, 2002.

*Sue Anne Gilroy*

SUE ANNE GILROY, Secretary of State

197508-540 / 2002021542225