```
         IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                               *
RICHARD M. KASER,              *
     Plaintiff,                *
v.                             *   CIVIL NO.: WDQ-01-2601
PROTECTIVE LIFE INSURANCE      *
COMPANY, et al.,
                               *
     Defendants.
*    *    *    *    *    *    *    *    *    *    *    *    *
                            ORDER
```

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 18th day of December 2003, ORDERED that:

1. The Plaintiff's motion to reconsider BE, and HEREBY IS, DENIED; and

2. The Clerk of the Court send copies of this Memorandum Opinion and Order to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge
